# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-1510

_____

| | | |
|---|---|---|
| Randal Wayne Enyeart; | * | |
| Rodney A. Mattmiller, | * | |
| | * | |
| Appellants, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | District of Minnesota. |
| State of Minnesota; Michael A. Hatch; | * | |
| Dan Salomone; Robert M. Gates; | * | [UNPUBLISHED] |
| Alberto R. Gonzales; Mary E. Peters,[1] | * | |
| | * | |
| Appellees. | * | |
| | * | |

_____

Submitted: March 7, 2007
Filed: March 13, 2007

_____

Before COLLOTON, HANSEN, and BENTON, Circuit Judges.

_____

PER CURIAM.

_____

[1]Robert M. Gates and Mary E. Peters have been appointed to serve as the Secretary of Defense and the Secretary of Transportation, respectively, and are substituted as appellees pursuant to Federal Rule of Appellate Procedure 43(c).

Randall Enyeart and Rodney Mattmiller appeal from the district court's[2] final order and judgment dismissing with prejudice, under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), their action for declaratory relief against the State of Minnesota, two Minnesota officials, and three federal officials under 42 U.S.C. § 1983.  Upon de novo review, see M.P. ex rel. K. & D.P. v. Indep. Sch. Dist. No. 721, 439 F.3d 865, 867 (8th Cir. 2006) (dismissal for lack of jurisdiction reviewed de novo); Stringer v. St. James R-1 Sch. Dist., 446 F.3d 799, 802 (8th Cir. 2006) (dismissal for failure to state claim reviewed de novo), we agree with the district court's well-reasoned order.  We also conclude that the court did not err in dismissing plaintiffs' motion to realign the parties.  The judgment is affirmed.  See 8th Cir. R. 47B.

_____

_____

[2]The Honorable Michael J. Davis, United States District Judge for the District of Minnesota.